UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTHONY GIORDANO,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NAT'L ASSOC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., and TRANS UNION LLC,<br><br>              Defendants. | Case No. |

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446 and in support thereof would respectfully show the Court as follows:

#### A.    PROCEDURAL BACKGROUND

1. On or about December 1, 2025, Plaintiff Anthony Giordano ("Plaintiff") filed the Complaint in this action in the District Court of Mecklenburg County, North Carolina, Case No. 25CV064282-590 ("State Court Action"), alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681, *et seq.*, against Defendants.

2. The time period for any Defendant to file a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Defendant Trans Union was served with Plaintiff's Complaint on December 12, 2025. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

1

### B. GROUNDS FOR REMOVAL

4.  The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and it may be removed to this Court pursuant to the provisions of 28 U.S.C. §1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for alleged violations of the FCRA.

5.  Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.  Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7.  Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in the Western District of North Carolina, Charlotte Division because it is in the district and division embracing the place where the state court action is pending.

8.  Promptly after the filing of this Notice of Removal, Trans Union will give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the General Court of Justice, District Court Division, County of Mecklenburg, North Carolina, as required by 28 U.S.C. § 1446(d).

9.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Trans Union in the State Court Action is attached hereto as **Exhibit A**.

10. Defendants Bank of America, N.A. and Equifax Information Services LLC have been served and join in and consent to the removal of this case as indicated in **Exhibit B.** To date, Defendant Experian Information Solutions Inc., has not been served, assigned counsel, and/or appeared in the State Court matter but has consented to the removal of this case.

11. Trial has not commenced in the General Court of Justice, District Court Division, Mecklenburg County, North Carolina.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATE: January 9, 2026.  Respectfully submitted,

*/s/ Marc F. Kirkland*
Marc F. Kirkland
N.C. State Bar No. 60678
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
**Counsel for Trans Union LLC**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Harris
litigation@jharrislegal.com
J. Harris Legal PLLC
500 W 5th Street, Suite 800, PMB 1041
Winston-Salem, NC 27191
(336) 995-7433
*Counsel for Plaintiff*

Robert W. Grimmett-Norris
rgrimmettnorris@mcguirewoods.com
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 343-2090
*Counsel for Bank of America, N.A.*

Vincent Smolczynski
vsmolczynski@seyfarth.com
Seyfarth Shaw LLP
300 S. Tryon Street, Suite 400
Charlotte, NC 28202
(704) 925-6060
*Counsel for Defendant*
*Equifax Information Services LLC*

                                                                        */s/ Marc Kirkland*
                                                                        **MARC KIRKLAND**

4

# EXHIBIT A